# Court of Appeals
# of the State of Georgia

ATLANTA,___August 24, 2015___

*The Court of Appeals hereby passes the following order:*

**A15A1809.  JIMMY BANKS v. THE STATE**

Appellee filed a Motion To Dismiss this appeal due to Appellant's failure to timely file his brief and enumeration of errors.

This Court's record shows that this appeal was docketed on May 19, 2015. The Appellant, who is proceeding pro se, did not file a brief or enumeration of errors within 20 days after the appeal was docketed as required by Court of Appeals Rule 23 (a).  On July 24, 2015, this Court ordered Appellant to file his brief and enumeration of errors by August 3, 2015 or face dismissal of his appeal.

As of the date of this Order, Appellant has not filed his brief and enumeration of errors, nor has he asked for an extension. Consequently, we conclude that Appellant has abandoned this appeal.  Therefore, the Appellee's Motion to Dismiss is GRANTED and this appeal is DISMISSED pursuant to Court of Appeals Rule 23 (a).

Your appeal has been DISMISSED because your brief and enumeration of errors were not filed when due.  If you have decided you do not want to appeal, you need not do anything more.  However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL – but you MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court.  If your motion for an out-of-time appeal is denied, you may appeal that denial to this court within thirty (30) days of the trial court's decision.  See: *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* ___08/24/2015___

*I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*